IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH LIONEL URBAN, | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) No.: 3:07-cv-00152 |
| | ) JUDGE TRAUGER |
| KEITH D. URBAN, | ) |
| | ) JURY DEMAND |
| Defendant/Counter-Plaintiff. | ) |

**NOTICE OF SETTLEMENT AND
AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff/Counter-Defendant KEITH LIONEL URBAN (the "Musician") and Defendant/Counter-Plaintiff KEITH D. URBAN (the "Painter") hereby give notice that they have resolved the dispute that is the subject of this lawsuit.

THEREFORE, IT IS ORDERED that the complaint filed against the Painter shall be DISMISSED WITH PREJUDICE.

THEREFORE, IT IS FURTHER ORDERED that the counter-complaint filed against the Musician shall be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
Hon. Aleta A. Trauger
U.S. District Judge

AGREED TO AND APPROVED FOR ENTRY:

/s/ Stephen J. Zralek
Stephen J. Zralek, BPR #18971
Paul W. Kruse, BPR #13858
BONE MCALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
615.238.6300 – telephone
615.238.6301 – telefax
szralek@bonelaw.com
pkruse@bonelaw.com
*Counsel for Defendant/Counter-Plaintiff*


/s/ William T. Ramsey
William T. Ramsey, #9245
Lisa Binder, #24502
Cynthia S. Parson, #20911
NEAL & HARWELL, PLC
150 Fourth Avenue, North, Suite 2000
Nashville, TN 37219
615.244.1713 – telephone
615.726.0573 – telefax
ramseywt@nealharwell.com
lbinder@nealharwell.com
cparson@nealharwell.com
*Counsel for Plaintiff/Counter-Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on April 22, 2008, I served a copy of this document, via ECF, on:

> William T. Ramsey, Esq.
> Lisa Binder, Esq.
> Cynthia S. Parson, Esq.
> NEAL & HARWELL, PLC
> 150 Fourth Avenue, North, Suite 2000
> Nashville, TN 37219
> *Counsel for Plaintiff/Counter-Defendant*

/s/ Stephen J. Zralek